# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY JOSEPH TABOR

NO. 2022 KW 0699

**September 26, 2022**

---

In Re:    Tony Joseph Tabor, applying for supervisory writs,
          32nd Judicial District Court, Parish of Terrebonne,
          No. 476,610.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT